**Order entered July 29, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00326-CV

### MICHAEL A. RUFF, Appellant

### V.

### SUZANN RUFF, MATTHEW D. RUFF, AND FROST BANK, IN ITS CAPACITY AS TRUSTEE OF THE RUFF MANAGEMENT TRUST., Appellees

**On Appeal from the Probate Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. PR-11-02825-1**

## ORDER

By order dated June 24, 2019, the Court abated this appeal due to the bankruptcy filing of the Ruff Management Trust. *See* TEX. R. APP. P. 8.2. Before the Court is the July 26, 2019 motion to reinstate filed by appellee Suzann Ruff. Attached to the motion is a copy of the bankruptcy court's July 25, 2019 dismissal order. We **GRANT** the motion and **REINSTATE** this appeal. *See id*. 8.3(a).

Appellant's reply brief is due **within twenty days** of the date of this order.

/s/     BILL WHITEHILL
        JUSTICE